# Court of Appeals
# of the State of Georgia

ATLANTA, April 20, 2015

*The Court of Appeals hereby passes the following order*

**A15I0164. WILLIAM P. WRIGHT, JR., et al. v. ALMA C. DIXON, et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

07V250



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, April 20, 2015.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*